## KEVIN LUCAS *v.* COMMISSIONER OF CORRECTION

The petitioner Kevin Lucas' petition for certification for appeal from the Appellate Court, 92 Conn. App. 326 (AC 23887), is denied.

*Kevin Lucas*, pro se, in support of the petition.

*Mitchell S. Brody*, senior assistant state's attorney, in opposition.

Decided June 22, 2006

## STATE OF CONNECTICUT *v.* RASHAD L. WILLIAMS

The defendant's petition for certification for appeal from the Appellate Court, 94 Conn. App. 424 (AC 25515), is denied.

*Sarah F. Summons*, special public defender, in support of the petition.

*James A. Killen*, senior assistant state's attorney, in opposition.

Decided June 22, 2006